UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 01, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Angeline Morris, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-2922 |
| Continental Service Group, Inc., | § § | |
| Defendant. | § § | |

## Final Dismissal

Having been advised that Angeline Morris no longer wishes to pursue her claims against Continental Service Group, Inc., this case is dismissed with prejudice.

Signed January 31, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge